CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 21, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN STILTNER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00686 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **HEATHER GREEAR, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Jonathan Stiltner, Pro Se Plaintiff.*

The plaintiff, Jonathan Stiltner, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, claiming that the defendants have not provided adequate medical treatment. By Order entered September 30, 2025, the court conditionally filed Stiltner's Complaint and, among other things, directed Stiltner to notify the court in writing immediately upon his transfer or release and provide a new address. Order, Dkt. No. 3. The Order warned him that failure to comply with this requirement would result in dismissal of the action without prejudice. *Id.* On October 30, 2025, the court's mailing of an Order directing Stiltner to execute an enclosed consent to withholding of fees form was returned as undeliverable to Stiltner at the address he had provided. Mail Returned as Undeliverable, Dkt. No.

6. The returned envelope indicated that authorities were unable to forward the mailing. *Id.*

Based on Stiltner's failure to comply with the court's Order regarding the need to provide the court with a current mailing address that would allow reliable communication about his case, I conclude that he is no longer interested in pursuing this civil action. Therefore, I will dismiss the action without prejudice for failure to prosecute. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

A separate Order will be entered herewith.

DATED:  November 21, 2025

/s/  JAMES P. JONES
Senior United States District Judge